**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                                          CASE NO.   3:11cr70MCR

RAYSEAN K. RICHARDSON

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   August 30, 2012
Motion/Pleadings: SECOND MOTION TO SUPPRESS IRRELEVANT EVIDENCE OR, IN THE ALTERNATIVE, FOR AN ORDER IN LIMINE WITH MEMORANDUM
Filed by  Defendant                       on 8/24/12              Doc.# 90
RESPONSES:
By Government                             on 8/29/12              Doc.# 95
                                          on                      Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ Mary Maloy

LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 2n day of September, 2012, that:*

*The relief requested is DENIED on grounds articulated in the government's response. The challenged exhibits have not been presented to the court. Based on the description provided, however, the court finds that the evidence as described is relevant, either as intrinsic to the offense or as evidence of motive, plan, intent, or absence of mistake under Rule 404(b). The defendant remains free to raise objections at trial where relevance and prejudicial impact can be considered in context and the exhibits can be examined.*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

*M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*

Document No.