# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      v.                                      CASE NO.   3:11cr70MCR

RAYSEAN K. RICHARDSON

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 23, 2012

Motion/Pleadings:   GOVERNMENT'S FIRST MOTION IN LIMINE

Filed by   Government                              on 8/12/12              Doc.# 81

RESPONSES:

By Defendant                                       on 8/23/12              Doc.# 86

                                                   on                      Doc.#

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed       _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ *Mary Maloy*

LC (1 OR 2)     Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of September, 2012, that:*

*The relief requested is DENIED as MOOT as the defendant represents that he will not be presenting evidence relevant to a claim of selective prosecution.*

*M. Casey Rodgers*

**M. CASEY RODGERS**
***Chief United States District Judge***

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____

Document No.