**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                                                             CASE NO.  3:11cr70-MCR

RAYSEAN K. RICHARDSON

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   August 31, 2012
Motion/Pleadings:   GOVERNMENT'S SECOND MOTION IN LIMINE
Filed by   Government                                  on   8/12/2012          Doc.#      82
RESPONSES:

                                                       on                         Doc.#
                                                       on                         Doc.#

_____ Stipulated         _____ Joint Pldg.
_____ Unopposed       _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                                 Deputy Clerk: Susan Simms

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* <u>3rd</u> *day of* <u>September</u>, *2012, that:*

*The relief requested is GRANTED.  Defendant filed no opposition to the motion.  The court finds that the purported misrepresentations on loan applications are material.  Defendant will not be permitted to suggest a lack of the materiality requirement because mortgage lenders did not rely on the statements or encouraged fraud.  Subjective reliance is not an element of mail fraud; it is the intended scheme to defraud that violates the federal statute. See United States v. Svete, 556 F.3d 1157, 1164 (11th Cir. 2009) (en banc). Additionally, the government's general response to the foreclosure crisis is*

*irrelevant to the defendant's scheme to defraud and may not be argued as a defense against the charges.*

*M. Casey Rodgers*
*M. CASEY RODGERS*
*Chief United States District Judge*