UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO.  3:11cr70-MCR

RAYSEAN K. RICHARDSON

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 31, 2012
Motion/Pleadings:   GOVERNMENT'S THIRD  MOTION IN LIMINE
Filed by   Government                        on   8/20/2012        Doc.#      83
RESPONSES:
                                           on                        Doc.#
                                           on                        Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*
LC (1 OR 2)                                           Deputy Clerk: Susan Simms

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* **3rd** *day of* **September,** *2012, that:*

*The relief requested is GRANTED.  Defendant filed no opposition to the motion.  Expert witnesses not properly disclosed will be excluded, including this one.*

*M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*