**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    v.                                                                                                    CASE NO.  3:11cr70-MCR

RAYSEAN K. RICHARDSON

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   August 31, 2012
Motion/Pleadings:   GOVERNMENT'S FOURTH  MOTION IN LIMINE
Filed by  Government                                  on  8/20/2012          Doc.#        84
RESPONSES:
                                                          on                          Doc.#
                                                          on                          Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed      _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                              Deputy Clerk: Susan Simms

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 3rd day of September, 2012, that:*

    *The relief requested is GRANTED.  Defendant filed no opposition to the motion and waived the selective prosecution claim by failing to timely file a motion to dismiss the indictment on selective prosecution grounds.  (See Doc. 79).  The court may grant relief from such a waiver only if the defendant shows cause, which he did not show upon filing the motion to dismiss.  See United States v. Jennings, 991 F.2d 725, 730 (11th Cir. 1993).  Therefore, the defendant is precluded from arguing or suggesting to the jury, directly or indirectly, that the government harbors racial, political or other improper prosecutorial motives absent a showing of cause to excuse the waiver, and presentation to the court,*

outside the presence of the jury, of clear and convincing evidence supporting such a claim.  *See United States v. Smith, 231 F.3d 800, 808 (11th Cir. 2000) (requiring "clear and convincing evidence" to show a discriminatory prosecutorial motive).*

*M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*