UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.  3:11cr70-MCR

RAYSEAN K. RICHARDSON

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 31, 2012
Motion/Pleadings:   GOVERNMENT'S FIFTH MOTION IN LIMINE
Filed by  Government                    on  8/23/2012         Doc.#      87
RESPONSES:
                                        on                    Doc.#
                                        on                    Doc.#
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                             Deputy Clerk: Susan Simms

## ORDER

*Upon consideration of the foregoing, it is ORDERED this* **3rd** *day of* **September**, *2012, that:*

*The relief requested is GRANTED.  Defendant filed no opposition to the motion and will be precluded from arguing or suggesting jury nullification.*

*M. Casey Rodgers*

**M. CASEY RODGERS**
*Chief United States District Judge*